1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  RAYMOND DEGARMO,                        No. C-12-2194 TEH (PR)
12              Petitioner,
                                            ORDER OF DISMISSAL
13         v.
14  SECRETARY OF CALIFORNIA
    DEPARTMENT OF CORRECTIONS AND
15  REHABILIATION, et al.,
16              Respondents.
17
18  _____/
19          The Clerk of the Court erroneously opened this case when
20  Petitioner, a state prisoner incarcerated at La Palma Correctional
21  Center in Eloy, Arizona, filed a document entitled, "Petition for a
22  Writ of Habeas Corpus," which is related to his other pending
23  action, DeGarmo v. Secretary of California Dep't of Corrections and
24  Rehabiliation, No. C 11-4859 TEH (PR).  Specifically, Petitioner's
25  other pending action is a habeas action that challenges his 2009
26  judgment of conviction from Contra Costa County Superior Court.  The
27  petition filed in the present case is a copy of the petition filed
28  in the other action; the only difference is that Petitioner has

United States District Court
For the Northern District of California

updated the petition to name as respondent the warden of his current

place of incarceration, La Palma Correctional Center, and removed as

respondent the warden of his former place of incarceration, North

Fork Correctional Facility.  See Doc. #1 at 1-2.

      Accordingly, this case is DISMISSED because it was opened

in error.  No filing fee is due.  The Clerk shall close the file and

deny all pending motions as moot.

      IT IS SO ORDERED.

DATED        06/04/2012

**THELTON E. HENDERSON**
**United States District Judge**

G:\PRO-SE\TEH\HC.12\Degarmo-12-2194-dismissal-opened-in-error.wpd

**United States District Court**
For the Northern District of California

2