IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DEGARMO, | No. C-12-2194 TEH (PR) |
|     Petitioner, | |
| | ORDER OF DISMISSAL |
|     v. | |
| SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
|     Respondents. | |

_____/

The Clerk of the Court erroneously opened this case when Petitioner, a state prisoner incarcerated at La Palma Correctional Center in Eloy, Arizona, filed a document entitled, "Petition for a Writ of Habeas Corpus," which is related to his other pending action, <u>DeGarmo v. Secretary of California Dep't of Corrections and Rehabiliation</u>, No. C 11-4859 TEH (PR). Specifically, Petitioner's other pending action is a habeas action that challenges his 2009 judgment of conviction from Contra Costa County Superior Court. The petition filed in the present case is a copy of the petition filed in the other action; the only difference is that Petitioner has

1  updated the petition to name as respondent the warden of his current
2  place of incarceration, La Palma Correctional Center, and removed as
3  respondent the warden of his former place of incarceration, North
4  Fork Correctional Facility.  See Doc. #1 at 1-2.
5          Accordingly, this case is DISMISSED because it was opened
6  in error.  No filing fee is due.  The Clerk shall close the file and
7  deny all pending motions as moot.
8          IT IS SO ORDERED.

DATED    06/04/2012

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.12\Degarmo-12-2194-dismissal-opened-in-error.wpd

**United States District Court**
For the Northern District of California

2